# *United States District Court for the Northern District of Illinois*

Revised 03/11/2008

Case Number: 10cv7778 Assigned/Issued By: RCC

Judge Name: Coleman Designated Magistrate Judge: Valdez

## FEE INFORMATION

***Amount Due:***

- [ ] $350.00
- [ ] $39.00
- [ ] $5.00
- [ ] IFP
- [ ] No Fee
- [ ] Other ____________
- [ ] $455.00

Number of Service Copies ___________ Date: ______________________

*(For use by Fiscal Department Only)*

Amount Paid: _______________ Receipt #: __________________

Date Payment Rec'd: _____________ Fiscal Clerk: ________________

## ISSUANCES

- [x] Summons
- [ ] Third Party Summons
- [ ] Non Wage Garnishment Summons
- [ ] Wage-Deduction Garnishment Summons
- [ ] Citation to Discover Assets
- [ ] Writ ________________________ (Type of Writ)
- [ ] Alias Summons
- [ ] Lis Pendens
- [ ] Abstract of Judgment ____________________________ (Victim, Against and $ Amount)
- [ ] Other ________________________ (Type of issuance)

6 Original and __________ copies on 12/09/10 (Date) as to Daniel Kavalauskas , Peter Spain, Nicholas Pocius, Deanna Williams, Keion Feazell, City of Chicago